UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRYAN HOLLOWAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:12-CV-2184-G (BH) |
| WELLS FARGO BANK, N.A., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Since plaintiff has not timely filed an amended complaint as allowed by the recommendation, Defendant's Motion to Dismiss Plaintiff's Original Petition and Brief in Support, filed August 14, 2012 (docket entry 6) is **GRANTED**.  By separate

judgment, plaintiff's claims against all defendants will be **DISMISSED** with prejudice.

      **SO ORDERED**.

March 22, 2013.

                                          */s/ A. Joe Fish*
                                          **A. JOE FISH**
                                          **Senior United States District Judge**