**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **BRYAN HOLLOWAY,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:12-CV-2184-G (BH)** |
| | § | |
| **WELLS FARGO BANK, N.A., et al.,** | § | |
| **Defendants.** | § | |

## ORDER

Pursuant to *Special Order No. 3-251*, this case was referred for pretrial management. On January 27, 2014, it was recommended that *Defendant's Motion for Award of Attorneys' Fees and Costs and Brief in Support*, filed April 2, 2013 (doc. 21), be denied without prejudice. (*See* doc. 33.) The recommendation relied, in part, on *Richardson v. Wells Fargo Bank, N.A.*, No. 4:11-CV-359-A, 2012 WL 6028912, at *1-2, 4 (N.D. Tex. Dec. 3, 2012) *appeal docketed*, No. 13-10002 (5th Cir. Dec. 27, 2012). On February 4, 2014, the Court received notice of the Fifth Circuit Court of Appeal's opinion, dated January 24, 2014, reversing the trial court's decision in *Richardson*. Accordingly, the January 27, 2014 findings, conclusions, and recommendation are hereby **VACATED**.

SIGNED on this 4th day of February, 2014.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE