UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRYAN HOLLOWAY,           )<br>                          )<br>         Plaintiff,       )<br>                          )<br>VS.                       )<br>                          )<br>WELLS FARGO BANK, N.A., ET AL.  )<br>                          )<br>         Defendants.      ) | CIVIL ACTION NO.<br><br>3:12-CV-2184-G (BH) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

For the reasons stated in the findings, conclusions, and recommendation, defendant's motion for award of attorneys' fees and costs and brief in support, filed April 2, 2013 (docket entry 21) is **GRANTED**, and it is awarded attorneys' fees in the amount of $10,136.00, and costs in the amount of $38.04.

SO ORDERED.

March 17, 2014.

_____
A. JOE FISH
**Senior United States District Judge**